UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

September 23, 2021

MEMORANDUM TO COUNSEL RE:         Sharmira M. Belin v. Experian Info Sols.,
                                  Inc., et al.
                                  Civil Action No. GLR-21-1222

Dear Counsel:

     Pending before the Court are Defendant Enhanced Recovery Company, LLC's ("ERC") Motion to Set Aside Default (ECF No. 39) and Defendant Great Lakes Educational Loan Services, Inc.'s ("GLELSI") Motion to Vacate Order of Default and Request for Sanctions Against Plaintiff (ECF No. 43). Both Motions are unopposed to the extent they seek to set aside the Court's Orders of Default and provide good cause for this Court to do so. Accordingly, ERC's Motion is GRANTED, and GLELSI's Motion is GRANTED to the extent it seeks vacatur of the Court's Order of Default. The Court's Entries of Default against ERC and GLELSI (ECF Nos. 34, 37) are hereby VACATED. ERC and GLELSI are directed to ANSWER or otherwise RESPOND to Plaintiff Sharmira M. Belin's Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

     GLELSI also seeks sanctions against Belin on the basis that she, her counsel, and/or her process server made intentional misrepresentations to this Court to obtain an Entry of Default against GLELSI. (Mot. Vacate Order Default & Req. Sanctions Against Pl. ["Mot. Sanctions"] at 1–2, ECF No. 43). The parties are directed to jointly call Chambers within seven (7) days of the date of this Order and speak to my judicial assistant, Deborah Fales, who will set in a teleconference to discuss logistical issues relating to scheduling a hearing to resolve GLELSI's request for sanctions.

     Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge